IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JILL C. DUBRAY,

Defendant.

**8:26CR149**

**ORDER**

**THIS MATTER** is before the court on the motion of Guy K. Weinstein to withdraw as counsel for the defendant, Jill C. Dubray (Filing No. 25). Katherine A. McNamara has filed an entry of appearance as retained counsel for Jill C. Dubray. Therefore, Guy K. Weinstein's motion to withdraw (Filing No. 25) will be granted.

Guy K. Weinstein shall forthwith provide Katherine A. McNamara any discovery materials provided to the defendant by the government and any such other materials obtained by Guy K. Weinstein which are material to Jill C. Dubray's defense.

The clerk shall provide a copy of this order to Katherine A. McNamara.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge